```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

RALPH CARTER, et al.,         )
         Plaintiffs,          )
                              )
     v.                       )   Civil Action No. 77-2085-K
                              )
FRANK A. HALL, et al.,        )
         Defendants.          )
```

MEMORANDUM AND ORDER

Now before the Court is Gerald Jones' pro se pleading submitted for filing in Carter, et al. v. Hall, et al., C.A. No. 77-2085-K.[1]  The pleading is titled "Complaint for Civil Complaint Proceedings and Clarification" and seeks to enforce the settlement agreement and stipulation entered in Carter, et al. v. Hall, et al., C.A. No. 77-2085-K.

Mr. Jones complains that the defendants have deliberately failed to provide legal advice and assistance to plaintiff and other inmates confined to the Billerica House of Correction in violation of the Settlement Agreement.  Complaint, ¶ 5.

Because the Stipulation of Dismissal doesn't provide for the retention of jurisdiction over any enforcement action, this court does not have subject matter jurisdiction over Mr. Jones' enforcement action.  Federal courts do not have the inherent power to enforce the terms of a settlement agreement

---

[1] Mr. Jones filed this pleading on October 22, 2001 while he was an inmate confined to the Billerica House of Correction.

absent some independent basis for federal jurisdiction over enforcement of a contract. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375 (1994); <u>Lipman v. Dye</u>, 294 F.3d 17 (1st Cir. 2002).

In an effort to determine Mr. Jones' custody status, a clerk of this court contacted the Billerica House of Correction and was informed that Mr. Jones is no longer in custody. The clerk will be directed to send a copy of this Memorandum and Order to Mr. Jones at his last place of incarceration: Mr. Gerald Jones, Middlesex County House of Correction (Billerica), 269 Treble Cover Road, Billerica, MA 01862.

Accordingly, it is hereby ORDERED that:

1. This Court lacks jurisdiction over Mr. Jones' enforcement action.

2. The Clerk shall send a copy of this order to Mr. Jones at his last place of incarceration: Mr. Gerald Jones, Middlesex County House of Correction (Billerica), 269 Treble Cover Road, Billerica, MA 01862.

Dated at Boston, Massachusetts, this <u>5</u>th day of <u>March</u>, 2004.

/s/ Robert E. Keeton

ROBERT E. KEETON
UNITED STATES SENIOR DISTRICT JUDGE